[No. 7437-7-I. Division One. May 12, 1980.]

THOMAS EDGERTON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 823987, Horton Smith, J., entered February 28, 1979. *Affirmed* by unpublished opinion per James, J.,

concurred in by Callow, C.J., Ringold, J., concurring in the result.